## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC., WILLIAM A. HAWKINS, III, and GARY ELLISS, <br><br> Defendants. | Case No. 08-cv-06324-PAM-AJB |

## MOTION BY THE IRON WORKERS FOR APPOINTMENT
## AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
## AND LIAISON COUNSEL

**PLEASE TAKE NOTICE** that, based upon the accompanying Memorandum of Law in Support of the Motion by the Iron Workers for Appointment of Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel, and the Declaration of Patrick V. Dahlstrom in Support of the Motion by the Iron Workers for Appointment of Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel, filed herewith, the Iron Workers Local 40, 361, 417 Union Security Funds ("Iron Workers 40") and Iron Workers Locals 580 Joint Funds ("Iron Workers 580") (collectively the "Iron Workers") hereby move this Court for an Order pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995:

(1)   Appointing the Iron Workers as Lead Plaintiff for the Class of all persons or entities who purchased or acquired Medtronic Inc. ("Medtronic") securities during the Class Period, from November 19, 2007, through November 17, 2008 (the "Class Period"),[1]

(2)   Approving the selection of Pomerantz Haudek Block Grossman & Gross LLP as Lead Counsel and Zimmerman Reed, PLLP as Liaison Counsel for the Class; and,

(3)   Granting such other relief as the Court may deem just and appropriate.

Dated: February 9, 2009    Respectfully submitted,

ZIMMERMAN REED, P.L.L.P.


By:__/s/ Carolyn G. Anderson_____
Carolyn G. Anderson, No. 275712
Patricia A. Bloodgood, No. 157673
Brian C. Gudmundson, No. 336695
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402
Tel.:  (612) 341-0400
Fax.:  (612) 341-0844

---

[1] Excluded from the Class are: (i) Defendants; (ii) members of the immediate family of each of the Defendants; (iii) any person who was an executive officer and/or director of Medtronic during the Class Period; (iv) any person, firm, trust, corporation, officer, director, or any other individual or entity in which any Defendant has a controlling interest or which is related to or affiliated with any of the Defendants; and (v) the legal representatives, agents affiliates, heirs successors-in-interest or assigns of any such excluded party.

POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP
Marc I. Gross
Fei-Lu Qian
100 Park Avenue
New York, NY 10017
Telephone:	(212) 661-1100
Facsimile:	(212) 661-8665

POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP
Patrick V. Dahlstrom
Leigh R. Smollar
Joshua B. Silverman
One North La Salle Street
Suite 2225
Chicago, IL  60602
Telephone:	(312) 377-1181
Facsimile:	(312) 377-1184

**Attorneys for the Iron Workers**