# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of itself and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>    v.<br><br>MEDTRONIC, INC.; WILLIAM A. HAWKINS, III; and GARY ELLISS,<br><br>   *Defendants*. | Case No.<br>0:08-cv-06324-PAM-AJB |

## MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR APPROVAL OF ITS SELECTION OF COUNSEL

Union Asset Management Holding AG ("Union"), Carpenters Pension Trust Fund for Northern California ("CPTF"), Carpenters Annuity Trust Fund for Northern California ("CATF"), and Oklahoma Firefighters Pension Fund ("OFPF"), (collectively, the "Institutional Investor Group") hereby moves this Court for an Order:

  1.  Appointing the Institutional Investor Group as Lead Plaintiffs; and

  2.  Appointing the law firms of Motley Rice LLC and Grant & Eisenhofer PA to serve as Lead Counsel, and the law firm of Gustafson Gluek to serve as Liaison Counsel.

This Motion is supported by the accompanying Memorandum of Law, the accompanying Declaration of Goeffrey C. Jarvis and the exhibits attached thereto, and all

of the prior pleadings and proceedings herein, and such other written and/or oral argument as may be presented to the Court.

Respectfully submitted this 9th Day of February, 2009,

*s/ Daniel C. Hedlund*
Daniel E. Gustafson (No. 202241)
Daniel C. Hedlund (No. 0258337)
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
*Liaison Counsel for the Institutional Investor Group and Proposed Liaison Counsel for the Class*

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
Geoffrey C. Jarvis
Jeff A. Almeida
485 Lexington Ave 29th Floor
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

-and-

MOTLEY RICE LLC
Joseph F. Rice
Ann K. Ritter
James M. Hughes
P. O. Box 1792 (29465)
28 Bridgeside Blvd.
Mount Pleasant, SC 29465
Tel: (843) 216-9000
Fax: (843) 216-9450
*Counsel for the Institutional Investor Group and Proposed Lead Counsel for the Class*