UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MEDTRONIC, INC., et al.,<br><br>　　　　Defendants. | Court File No. 0:08-cv-06324-PAM-AJB<br><br><br><br>**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Patrick Williams, certify that the Memorandum In Opposition To Lead Plaintiffs' Motion For Class Certification, Appointment Of Class Representatives And Appointment Of Class Counsel complies with Local Rule 7.1(c).

I further certify that, in preparation of this Brief, I used Microsoft Word 2007, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced Memorandum is 40 pages long and contains 11,233 words.

　　　　　　　　　　　　　　　　**Respectfully Submitted**,

　　　　　　　　　　　　　　　　**BRIGGS AND MORGAN, P.A.**

Dated: July 15, 2011　　　　　　s/ Patrick S. Williams
　　　　　　　　　　　　　　　　Patrick S. Williams (#196502)
　　　　　　　　　　　　　　　　2200 IDS Center
　　　　　　　　　　　　　　　　80 South Eighth Street
　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-2157
　　　　　　　　　　　　　　　　(612) 977-8400

Emily Nicklin, P.C.
Sallie G. Smylie, P.C.
Joshua Z. Rabinovitz
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000

*Counsel for Defendants*