# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR
PLAINTIFFS' MEMORANDUM OF
LAW IN SUPPORT OF THEIR MOTION
TO COMPEL DEFENDANTS' SEARCH
OF RELEVANT CUSTODIAL FILES
<u>AND USE OF SEARCH TERMS</u>**

MINNEAPOLIS FIREFIGHTERS'
RELIEF ASSOCIATION, *et al.*,

        Plaintiff(s)

v.          Case Number: 0:08-cv-06324-PAM-AJB

MEDTRONIC, INC., *et al.*,

        Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Plaintiffs' Memorandum of Law in Support of Their Motion to Compel Defendants' Search of Relevant Custodial Files and Use of Search Terms

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

  __x__ Item Under Seal pursuant to a court order* (Document number of protective order: __103__ )

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).