UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., WILLIAM A. HAWKINS, III and GARY ELLIS,<br><br>Defendants. | Court File No. 0:08-cv-06324-PAM-AJB |

## DEFENDANTS' AMENDED NOTICE OF MOTION TO COMPEL

TO:  PLAINTIFFS AND THEIR COUNSEL OF RECORD.

**PLEASE TAKE NOTICE** that the hearing set for Wednesday, August 10, 2011 at 11:00 a.m. will now be heard on Wednesday, September 7, 2011 at 9:00 a.m. on Defendant Medtronic's Motion to Compel before the Honorable Arthur Boylan in the United States District Court, District of Minnesota, Courtroom 9E, 300 South Fourth Street, Minneapolis, Minnesota.

**BRIGGS AND MORGAN, P.A.**

Dated: August 4, 2011

s/ Patrick S. Williams
Patrick S. Williams (#196502)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

Emily Nicklin, P.C.
Sallie G. Smylie, P.C.
Joshua Z. Rabinovitz
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000

*Counsel for Defendants*