

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

CHAMBERS OF
JUDGE ARTHUR J. BOYLAN
MAGISTRATE JUDGE
300 SOUTH FOURTH STREET-ROOM 9E
MINNEAPOLIS, MINNESOTA 55415
PHONE (612)664-5470
FAX (612)664-5477
BOYLAN_CHAMBERS@MND.USCOURTS.GOV

August 4, 2011

Karl L. Cambronne, Esq.
Chestnut Cambronne, PA
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048

Patrick S. Williams, Esq.
Briggs & Morgan, PA
80 South 8th Street, Suite 2200
Minneapolis, MN 55402

       In Re: Minneapolis Firefighters' Relief Association, et al. v. Medtronic, Inc., et al., cv 08-6324 PAM/AJB

Gentlemen:

The parties recently filed a stipulation with the Court dated July 29, 2011. As a result of that stipulation the Court issued an Order of August 2, 2011.

I see that some motions have been placed on my calendar for September 7, 2011, at 9:00 a.m. It is my intention to conduct a status conference at the time that I hear those motions. Local counsel must attend.

Please alert all co-counsel of the Court's desire to conduct a status conference on Wednesday, September 7, 2011, at 9:00 a.m.

Very Truly Yours,

*s/ Arthur J. Boylan*

Arthur J. Boylan
United States Chiefe Magistrate Judge

AJB:kt