**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, <br><br> Plaintiffs, <br> -v- <br><br> MEDTRONIC, INC., ARTHUR D. COLLINS, JR., WILLIAM A. HAWKINS, and GARY L. ELLIS, <br> Defendants. | Case No. 08-cv-6324 (PAM)(AJB) <br><br> **PLACEHOLDER FOR CORRECTED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL MEDTRONIC TO SEARCH THE FILES OF ADDITIONAL CUSTODIANS AND TO USE ADDITIONAL SEARCH TERMS** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

> **CORRECTED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL MEDTRONIC TO SEARCH THE FILES OF ADDITIONAL CUSTODIANS AND TO USE ADDITIONAL SEARCH TERMS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_X__ Item Under Seal pursuant to a court order* (Document number of protective order: 103)