UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS' RELIEF
ASSOCIATION, individually and on behalf
of All Others Similarly Situated,

Court File No. 0:08-cv-06324-PAM-AJB

Plaintiffs,

v.

MEDTRONIC, INC., et al.,

**CORRECTED** LR 7.1(c) WORD
**COUNT COMPLIANCE
CERTIFICATE**

Defendants.

I, Patrick Williams, certify that the CORRECTED Memorandum In Opposition To Plaintiffs' Motion To Compel Medtronic To Search The Files Of Additional Custodians And To Use Additional Search Terms complies with Local Rule 7.1(c).

I further certify that, in preparation of this Brief, I used Microsoft Word 2007, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced Memorandum is 52 pages long and contains 11,939 words.

**Respectfully Submitted**,

**BRIGGS AND MORGAN, P.A.**

Dated: September 2, 2011

s/ Patrick S. Williams
Patrick S. Williams (#196502)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

Emily Nicklin, P.C.
Sallie G. Smylie, P.C.
Joshua Z. Rabinovitz
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000

*Counsel for Defendants*