# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Minneapolis Firefighter's Relief Association, et al., | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Chief Magistrate Judge Arthur J. Boylan U.S. D. Minn. Judge |
| v. | |
| Medtronic Inc., et al., Defendant(s). | |

| | |
|---|---|
| Case No: | 08-cv-6324 |
| Date: | 9/7/2011 |
| Court Reporter: | Courtroom 9E |
| Tape Number: | |
| Time Commenced: | 11:50 |
| Time Concluded: | 12:30 |
| Time in Court: | 0 Hours & 40 Minutes |

## APPEARANCES:

For Plaintiff: Ramzi Abadou, Karl L. Cambronne, Salvatore J. Graziano, Michael Blatchley, Jeffrey A. Almeida, James M. Hughes

For Defendant: Emily Nicklin, Patrick S. Williams

Interpreter / Language: NA / NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:**   ☒ COURT   ☐ PLAINTIFF   ☐ DEFENDANT

Court heard argument on Motions to Compel: Docket Nos. 196, 200, and 210.

Motions taken under advisement as of: 9/7/2011

☒ ORDER TO BE ISSUED

s/Jen C.
Signature of