## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>MEDTRONIC, INC., WILLIAM A. HAWKINS, III and GARY ELLIS,<br><br>    Defendants. | Court File No. 0:08-cv-06324-PAM-AJB<br><br>**ORDER** |

Plaintiffs' Motion for Class Certification has been scheduled to be heard on December 8, 2011.  Defendants served and filed their Opposition pleadings to Plaintiffs' Motion for Class Certification on July 15, 2011, and Plaintiffs' deadline to serve and file their Reply set forth in the Court's  Scheduling Order of August 2, 2011 (Dkt. 216) is October 14, 2011.  Based on the request of Plaintiffs and the agreement of Defendants, Plaintiffs' deadline to serve and file their Reply is hereby extended to November 4, 2011.


Dated:  September 27, 2011          __s/ Arthur J. Boylan_____
                                     Arthur J. Boylan
                                     U.S. Chief Magistrate Judge