UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>MEDTRONIC, INC., et al.,<br><br>      Defendants. | Court File No. 0:08-cv-06324-PAM-AJB<br><br><br><br>**NOTICE OF WITHDRAWAL OF ATTORNEYS** |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.7, Wendy Epstein and Andrew Bautista hereby withdraw their appearances in the above-captioned matter. Ms. Epstein and Mr. Bautista will no longer be involved in the above-captioned matter. Kirkland & Ellis and Briggs and Morgan will continue to serve as counsel for Defendants.

                              **BRIGGS AND MORGAN, P.A.**

Dated: October 17, 2011          s/ Patrick S. Williams
                                          Patrick S. Williams (#196502)
                                          2200 IDS Center
                                          80 South Eighth Street
                                          Minneapolis, Minnesota 55402-2157
                                          (612) 977-8400

                                          Emily Nicklin, P.C.
                                          Sallie G. Smylie, P.C.
                                          Joshua Z. Rabinovitz
                                          Kirkland & Ellis, LLP
                                          300 N. LaSalle
                                          Chicago, IL  60654
                                          (312) 862-2000

                                          *Counsel for Defendants*