UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS
RELIEF ASSOCIATION,                                    Civil No. 08-6324 PAM/AJB

      Plaintiff,

v.                                                     **NOTICE OF STATUS CONFERENCE**

MEDTRONIC, INC, ET AL.,

      Defendant.

You are hereby given notice that a status conference in the above captioned matter will be held on December 8, 2011, following Judge Magnuson's 9:30 a.m. hearing, in the Edward J. Devitt Courtroom, 1st Floor of the United States Courthouse, 316 North Robert Street, St. Paul, MN 55101, before the undersigned Magistrate Judge.

Dated:  October 26, 2011

                                              *s/ Arthur J. Boylan*
                                              ARTHUR J. BOYLAN
                                              United States Chief Magistrate Judge