UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minneapolis Firefighters' Relief Association, et al., | Civil No. 08-6324 (PAM/AJB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Medtronic, Inc., et al., | |
| Defendants. | |

This matter is before the Court on Plaintiffs' request for an enlargement of the Local Rules' word limitation for Plaintiffs' soon-to-be-submitted reply memorandum in support of the Motion for Class Certification. Not surprisingly, Defendants oppose the request, insisting that any increase in Plaintiffs' word limit should be accompanied by permission for Defendants to file a surreply. As Defendants are no doubt aware, however, surreplies are not routinely granted in this District, and this case is not so complex as to require further elucidation. In addition, the Court notes that Plaintiffs did not oppose Defendants' similar word-limit extension request with respect to Defendants' Motion to Dismiss. It is surprising that Defendants did not extend Plaintiffs the same courtesy.

The increase in word count Plaintiffs seek is not unreasonable. In the future, the Court expects counsel in this matter to conduct themselves civilly and as officers of the Court, and to compromise on mundane issues such as a small increase in word limitations.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiffs' request to increase the Local Rule 7.1(d) word limit for the purposes of Plaintiffs' briefing on the Motion for Class Certification (Docket No. 245) is **GRANTED**.

Dated: October 27, 2011

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge