UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

**LR 7.1(d) WORD COUNT
COMPLIANCE CERTIFICATE**

I, Salvatore J. Graziano, certify that Plaintiffs' Reply Memorandum of Law in Support of Their Motion for Class Certification complies with Local Rule 7.1(d) and the Court's October 27, 2011 (ECF #248) permitting Plaintiffs to file a reply memorandum of law that is no more than 8,439 words.

I further certify that, in preparation of this memorandum, I used Word 97-2003 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-reference memorandum contains 8,326 words, and that Plaintiffs' opening and reply memoranda of law contain a cumulative 15,387 words, as permitted under the Court's October 27, 2011 Order.

Dated: November 4, 2011          Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER  & GROSSMANN LLP**

s/ Salvatore J. Graziano
Salvatore J. Graziano
Ann Lipton
Adam Wierzbowski
Michael Blatchley
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

**KESSLER TOPAZ MELTZER  & CHECK, LLP**
Ramzi Abadou
Eli Greenstein
Erik D. Peterson
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*-and-*

Andrew Zivitz
Jennifer L. Joost
Alessandra C. Phillips
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**GRANT & EISENHOFER, P.A.s**
Geoffrey C. Jarvis
Jeffrey A. Almeida
1201 North Market Street, 21st Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7122

**MOTLEY RICE LLC**
Joseph F. Rice
James M. Hughes
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Lead Counsel for Lead Plaintiffs*

**CHESTNUT & CAMBRONNE**
Karl L. Cambronne (No. 14321)
Jeffrey D. Bores (No. 227699)
Bryan L. Bleichner (No. 0326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone: (612) 339-7300
Facsimile:  (612) 336-2940

*Liaison Counsel for Lead Plaintiffs*