# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR DECLARATION OF SALVATORE J. GRAZIANO**

MINNEAPOLIS FIREFIGHTERS'
RELIEF ASSOCIATION, *et al.*,

Plaintiff(s)

v.

Case Number: 0:08-cv-06324-PAM-AJB

MEDTRONIC, INC., *et al.*,

Defendant(s)

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Exhibit 2, Feb. 23, 2011 letter from A. Wierzbowski to J. Rabinovitz

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

  x   Item Under Seal pursuant to a court order* (Document number of protective order:  103 )


\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).