UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., ARTHUR D. COLLINS, JR., WILLIAM A. HAWKINS, III and GARY ELLIS,<br><br>Defendants. | Court File No. 0:08-cv-06324-PAM-AJB |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective November 28, 2011, the address for the Wilmington, Delaware office of the law firm of Grant & Eisenhofer P.A. has changed. The new address is:

Geoffrey C. Jarvis
Jeff A. Almeida
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801

The telephone and facsimile numbers will remain the same.

Dated: November 28, 2011   **GRANT & EISENHOFER P.A.**

<u>s/ *Geoffrey C. Jarvis*</u>
Geoffrey C. Jarvis (Admitted Pro Hac)
(DE 4064)
Jeff A. Almeida (Admitted Pro Hac)
(DE 5128)
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7122
*Co-Lead Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I caused the following documents:

    Notice of Change of Address

to be electronically filed with the Clerk of the Court through ECF, and that ECF will send an e-notice of the electronic filing per the electronic mail notice list.

Dated: November 28, 2011

                                                      *s/ Geoffrey C. Jarvis*
                                                      Geoffrey C. Jarvis (Admitted Pro Hac)
                                                      (DE 4064)