UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 0:08-cv-06324-PAM-AJB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that we are appearing on behalf of Confidential Witness No. 2, the subject of a motion to compel [Docket No. 259] in the above matter, and demand that all further notices, pleadings and/or other matters in the above matter be served upon us at the addresses indicated below.

GASKINS BENNETT BIRRELL SCHUPP, LLP

Dated:  November 30, 2011

 *s/Steve Gaskins*
Steve Gaskins, MN ID 147643
333 S. Seventh Street, Suite 2900
Minneapolis, MN 55402
612.333.9500
612.333.9579 (fax)
sgaskins@gaskinsbennett.com

Maria R. Durant (*pro hac vice* admission pending)
William H. Kettlewell (*pro hac vice* admission pending)
Collora LLP
600 Atlantic Avenue
Boston MA 02210
617-371-1000
617-371-1037 (fax)
mdurant@collorallp.com
wkettlewell@collorallp.com

*Attorneys for Confidential Witness No. 2*