# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Minneapolis Firefighters' Relief Assn., et al., | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Arthur J. Boylan |
| v. | U.S. Chief Magistrate Judge |
| Medtronic, Inc., et al., | |
| Defendant(s). | |

| | |
|---|---|
| Case No: | 08cv6324 PAM/AJB |
| Date: | December 8, 2011 |
| Court Reporter: | Carla Bebault |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Tape Number: | |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 11:10 a.m. |
| Time in Court: | 35 Minutes |

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Ramzi Abadou and Karl Cambronne |
| For Movant, CW2: | William H. Kettlewell and Steve Gaskins |
| Interpreter / Language: | NA / NA |

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**         ☒ **COURT**

Hearing on plaintiff motion to compel production of documents withheld by confidential witness 2. [Docket No. 270]. Documents submitted for in camera review.

Motions taken under advisement as of:         December 8, 2011

☒ ORDER TO BE ISSUED

 s/Paul S.
Signature of law clerk
