# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

Minneapolis Firefighters' Relief Assn., et al.,

            Plaintiff(s),

v.

Medtronic, Inc., et al.,

            Defendant(s).

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Chief Magistrate Judge

| | |
|---|---|
| Case No: | 08cv6324 PAM/AJB |
| Date: | December 8, 2011 |
| Court Reporter: | none |
| Courthouse: | St. Paul |
| Courtroom: | Devitt chambers |
| Tape Number: | |
| Time Commenced: | 11:15 a.m. |
| Time Concluded: | 11:45 a.m. |
| Time in Court: | 30 Minutes |

Status Conference held before Arthur J. Boylan, United States Chief Magistrate District Judge, at Minneapolis, Minnesota. Discussed concerns relating to privilege log designations, discovery scheduling and deadlines, and special master referral.

                                                                             s/Paul S.
                                                                 Signature of law clerk