UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minneapolis Firefighter's Relief, Association, et al., | Civil No. 08-6324 PAM/AJB |
| Plaintiffs, | |
| v. | **ORDER ON MATTERS PRESENTED AT STATUS CONFERENCE** |
| Medtronic, Inc., et al., | |
| Defendants. | |

This action is before the court, Chief Magistrate Judge Arthur J. Boylan, on review and consideration of issues and disputes informally presented to the court at the status conference held on December 8, 2011, at the U.S. Courthouse, 316 No. Robert St., St. Paul, Minnesota  55101.  Based upon pre-conference position letters submitted to the court, and discussion among the court and counsel, the court makes the following:

**ORDER**

1. Plaintiffs have urged the appointment of a special master in this action to handle discovery issues, particularly in light of the voluminous privilege logs served by the defendants, and the possibility of challenges to attorney-client privilege which could be very time consuming for the court.  Appointment of a special master, the possible scope of a special masters duties, and identification of potential candidates remains under consideration by the court.

2. Defendant Medtronic, Inc. shall provide a full and complete response to plaintiffs' Interrogatory No. 6, therein seeking information relating to INFUSE safety issues, including a description of Medtronic's involvement in any adverse off-label INFUSE surgeries.

Defendant's response shall be provided by December 20, 2011.

Dated:     December 9, 2011     

                                        s/Arthur J. Boylan                          
                                        Arthur J. Boylan
                                        United States Chief Magistrate Judge