

**chestnut cambronne**
ATTORNEYS AT LAW

**Chestnut Cambronne PA**

**MINNEAPOLIS**
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401-2048
T: 612.339.7300
F: 612.336.2940

**SAINT PAUL**
Kelly Inn, Suite 820
161 St. Anthony Avenue
St. Paul, MN 55103
T: 651.291.1900
F: 651.291.0063

www.chestnutcambronne.com

**Karl L. Cambronne, Esq.**
**Direct Dial: (612) 336-2922**
kcambronne@chestnutcambronne.com

December 13, 2011

**VIA ECF**

The Honorable Arthur J. Boylan
Chief U.S. Magistrate Judge
300 South Fourth Street
Minneapolis, MN  55415

      Re:   Minneapolis Firefighters' Relief Association v. Medtronic, Inc., et al.
            Court File No. 08-cv-06324

Dear Chief Magistrate Judge Boylan:

We write on behalf of Plaintiffs in the above-referenced action to advise the Court that we are taking off calendar the Motion to Unseal Certain Non-Confidential Discovery Materials Filed Under Seal (Docket No. 265), which is currently scheduled to be heard on December 21, 2011.  We previously advised Defendants on December 9, 2011 that the motion would be taken off calendar.

As discussed during the December 8, 2011 Case Management Conference, Plaintiffs intend to challenge defendants' confidentiality designation of additional documents.  In an effort to conserve the parties' and the Court's resources, after the parties have completed the meet and confer process for the additional challenged documents, plaintiffs will contact the Court to secure a hearing date for an omnibus motion to unseal.  Plaintiffs' Motion to Compel (Docket No. 259) remains on calendar to be heard December 21, 2011.

               Very truly yours,

          **CHESTNUT CAMBRONNE PA**

             Karl L. Cambronne

KLC:dp
cc:   All Counsel of Record