UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION,<br><br>Plaintiffs,<br>-v-<br><br>MEDTRONIC, INC., ARTHUR D. COLLINS, JR., WILLIAM A. HAWKINS, and GARY L. ELLIS,<br><br>Defendants. | Case No. 08-cv-6324 (PAM)(AJB)<br><br>**PLACEHOLDER FOR OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

_X__ Item Under Seal pursuant to a court order* (Document number of protective order: 103)