UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MEDTRONIC, INC., et al.,<br><br>  Defendants. | Court File No. 0:08-cv-06324-PAM-AJB<br><br><br><br><br>**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE** |

I, Patrick Williams, certify that the Opposition to Plaintiffs' Motion to Compel complies with Local Rule 7.1(c).

I further certify that, in preparation of this Brief, I used Microsoft Word 2007, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced Memorandum is 35 pages long and contains 8,196 words.

**Respectfully Submitted**,

**BRIGGS AND MORGAN, P.A.**

Dated: December 14, 2011

s/ Patrick S. Williams
Patrick S. Williams (#196502)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

Emily Nicklin, P.C.
Sallie G. Smylie, P.C.
Joshua Z. Rabinovitz
Kirkland & Ellis, LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000

*Counsel for Defendants*