# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Minneapolis Firefighters' Relief Asso., et al., | **COURT MINUTES** |
| Plaintiff(s), | BEFORE: Arthur J. Boylan |
| v. | U.S. Chief Magistrate Judge |
| Medtronic, Inc., et al., | |
| Defendant(s). | |

| | |
|---|---|
| Case No: | 08cv6324 |
| Date: | December 21, 2011 |
| Court Reporter: | Lori Simpson |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Tape Number: | |
| Time Commenced: | 9:05 a.m. |
| Time Concluded: | 10:20 a.m. |
| Time in Court: | 1 Hour & 15 Minutes |

## APPEARANCES:

For Plaintiff: Eli Greenstein, James Hughes, Jennifer Joost, Michael Blatchley, and Karl Cambronne
For Defendant: Peter Carter, Emily Nicklin, and Patrick Williams

Interpreter / Language:  NA / NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**   ☒ **COURT**

Hearing on plaintiffs' motion to compel discovery [Docket No. 259].

Motions taken under advisement as of:   December 21, 2011

☒ ORDER TO BE ISSUED

                                                                    s/Paul S.
                                                             Signature of law clerk