## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

## CERTIFICATE OF SERVICE OF PROPOSED ORDER

I hereby certify that on January 11, 2012, I caused the following proposed order:

[PROPOSED] ORDER APPOINTING LEAD COUNSEL AS CLASS COUNSEL UNDER RULE 23(g) OF THE FEDERAL RULES OF CIVIL PROCEDURE

to be filed with the court via email to the following judge who is hearing the motion:

Judge Magnuson: magnuson_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

| | |
|---|---|
| pwilliams@briggs.com | rabadou@ktmc.com |
| emily.nicklin@kirkland.com | epeterson@ktmc.com |
| joshua.rabinovitz@kirkland.com | jjoost@ktmc.com |
| carter.peter@dorsey.com | aphillips@ktmc.com |
| | jhughes@motleyrice.com |
| | dabel@motleyrice.com |
| | jalmeida@gelaw.com |
| | rgerson@gelaw.com |

Dated: January 11, 2012

s/ Salvatore J. Graziano
Salvatore J. Graziano