UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS
RELIEF ASSOCIATION,　　　　　　　　　　　　　　Civil No. 08-6324 PAM/AJB

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　**NOTICE OF STATUS CONFERENCE**

MEDTRONIC, INC, ET AL.,

　　　　Defendant.


You are hereby given notice that a status conference in the above captioned matter will be held on February 23, 2012, at 10:00 a.m., in Chambers 9E, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, before the undersigned Magistrate Judge.

Dated:　January 12, 2012

　　　　　　　　　　　　　　　　　　　　　　*s/ Arthur J. Boylan*
　　　　　　　　　　　　　　　　　　　　　　ARTHUR J. BOYLAN
　　　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge