# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

| | |
|---|---|
| Minneapolis Firefighters' Relief Assn., et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Arthur J. Boylan |
| v. | U.S. Chief Magistrate Judge |
| Medtronic, Inc., et al., | |
| Defendants. | |

| | |
|---|---|
| Case No: | 08-cv-6324 PAM/AJB |
| Date: | January 12, 2012 |
| Court Reporter: | none |
| Courthouse: | Minneapolis |
| Courtroom: | 8E Chambers |
| Time Commenced: | 10:10 a.m. |
| Time Concluded: | 11:00 a.m. |
| Time in Court: | 50 Minutes |

Status Conference held before Arthur J. Boylan, United States Chief Magistrate Judge, at Minneapolis, Minnesota. Discussed concerns relating to discovery scheduling, special master referral, privilege log designations, and modification of discovery deadlines. Order to be issued on extension of deadlines.

s/jmg
Signature of law clerk
