## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC, INC., *et al*., <br><br> Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

## PLAINTIFFS' RESPONSE TO
## STATEMENT OF MEDTRONIC, INC., FILED JANUARY 31, 2012

Plaintiffs respectfully submit this brief response to Medtronic, Inc.'s ("Medtronic" or the "Company") January 31, 2012 filing.  *See* Docket No. 311.  Medtronic's Response states that "it has no role or position in this dispute [between Plaintiffs and CW2]."  *Id*. at 1.  This statement is inaccurate.  First, it was Medtronic itself that asked CW2 to execute a sworn Declaration written by Medtronic's counsel to challenge Lead Counsel's adequacy and prevent the Class from being certified.  *See* Docket No. 306 at 3, 10.  The Declaration was created for Medtronic's benefit and was used to advance the Company's interests.  Second, Medtronic and CW2 collaborated to determine whether any of the documents CW2 withheld pursuant to the Fifth Amendment had been separately produced by Medtronic.  *Compare* Docket No. 310, Ex. 6 *with* Ex. 7.  Third, while claiming that it does not "control[]" CW2 or his counsel, Medtronic's brief is silent as to any role it might have in compensating CW2's counsel for its work in representing CW2.  Docket No. 311 at 1.  Simply put, after its significant involvement in this dispute, Medtronic's attempt to now distance itself from CW2 should play no role in shaping the Court's ruling on CW2's objection to the Order.

Dated:  January 31, 2012                                    Respectfully submitted,

                                                      **KESSLER TOPAZ MELTZER**
                                                      **& CHECK, LLP**

                                                      */s/ Ramzi Abadou*
                                                      Ramzi Abadou
                                                      Eli R. Greenstein
                                                      Jennifer L. Joost
                                                      Erik D. Peterson

580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*-and-*

Andrew L. Zivitz
Alessandra C. Phillips
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
Salvatore J. Graziano
Adam Wierzbowski
Michael Blatchley
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444

**GRANT & EISENHOFFER, P.A.**
Geoffrey C. Jarvis
Jeffrey A. Almeida
1201 North Market Street, 21st Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7122

**MOTLEY RICE LLC**
Joseph F. Rice
James M. Hughes
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Class Counsel for Lead Plaintiffs and the Class*

**CHESTNUT & CAMBRONNE**
Karl L. Cambronne (No. 14321)
Jeffrey D. Bores (No. 227699)
Bryan L. Bleichner (No. 0326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone: (612) 339-7300
Facsimile:  (612) 336-2940

*Lead and Liaison Counsel for Lead Plaintiffs*
*and the Class*