UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS'
RELIEF ASSOCIATION,                                          Civil No. 08-6324 PAM/AJB

      Plaintiff,

v.                                                                                        **ORDER**

MEDTRONIC, INC, ET AL.,

      Defendant.

The Court has directed the parties to appear before the undersigned Magistrate Judge at 9:00 a.m. on Tuesday, February 28 & 29, 2012, for a settlement conference.

In anticipation of said settlement conference, it is hereby Ordered that the following attorneys appear before the undersigned at 10:00 a.m. on Thursday, February 23, 2012, to discuss the manner in which said settlement discussions will go forward:

    For Plaintiffs, Karl L. Cambronne, Chestnut Cambronne, PA,
    17 Washington Avenue North, Suite 300, Minneapolis, MN

    For Defendants, Peter W. Carter, Dorsey & Whitney LLP, 50
    South 6th Street, Suite 1500, Minneapolis, MN

The above named attorneys shall file with the Court, no later than 8:00 a.m. on Thursday, February 23, 2012, an *ex parte* letter setting forth your clients' settlement positions. Said letters shall include a frank discussion of the facts and law that apply in this matter and a reasoned analysis for your clients' settlement position.

In addition to said letter, the parties shall inform the Court, the identities of each person who will be attending the settlement conference on February 28 & 29. As

previously discussed with the parties, each side shall be limited to four (4) representatives per side, including Mr. Cambronne and Mr. Carter.

Dated: February 21, 2012

                                                *s/ Arthur J. Boylan*
ARTHUR J. BOYLAN
United States Chief Magistrate Judge