# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Minneapolis Firefighters' Relief Association, | ) ) ) | COURT MINUTES – CIVIL<br>BEFORE:  ARTHUR J. BOYLAN<br>U.S. CHIEF MAGISTRATE JUDGE |
| Plaintiff(s), | ) | |
| v. | ) )<br>) | Case No:   08-6324 PAM/AJB<br>Date:   2/29/12 |
| Medtronic Inc., et al., | )<br>) | Courthouse:   Minneapolis<br>Courtroom:   9E |
| Defendant(s). | )<br>)<br>)<br>) | Time Commenced:   10:00 a.m.<br>Time Concluded:   5:00 p.m.<br>Time in Court:   7 Hours |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

Plaintiff:    Karl L. Cambronne, Salvatore J. Graziano, Ramzi Abadou, Max Berger

Defendant:    Peter W. Carter, Emily Nicklin, Rita McConnell

## PROCEEDINGS:

☐    Settlement reached.  Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

√    Settlement discussions continuing.

**Other Remarks:**

　　　　　　　　　　　　　　　 s/ KAT
　　　　　　　　　　　　　　Judicial Assistant