UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


MINNEAPOLIS FIREFIGHTERS
RELIEF ASSOCIATION,                                      Civil No. 08-6324 PAM/AJB

          Plaintiff,

                                                **NOTICE OF**
v.                                                **TELEPHONIC CONFERENCE**

MEDTRONIC, INC, ET AL.,

          Defendant.


      You are hereby given notice that a telephonic conference to discuss the status of discovery of claimed privileged documents in the above captioned matter will be held on March 2, 2012, at 10:15 a.m., before the undersigned Magistrate Judge.  Plaintiff shall initiate the conference call.

Dated:  March 1, 2012


                                       _s/ Arthur J. Boylan_
                                      ARTHUR J. BOYLAN
                                      United States Chief Magistrate Judge