# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# STATUS CONFERENCE

Minneapolis Firefighters' Relief Association,

    Plaintiff,

v.

Medtronic Inc., et al.,

    Defendant.

**COURT MINUTES**
Case Number: cv 08-6324 PAM/AJB

| | |
|---|---|
| Date: | 3/2/12 |
| Time Commenced: | 10:15 a.m. |
| Time Concluded: | 10:45 a.m. |
| Time in Court: | 30 Minutes |

Status Conference held before Arthur J. Boylan, United States Chief Magistrate District Judge, at Minneapolis, Minnesota.

A status conference will be held on Wednesday, March 7, 2012, at 9:00 a.m. Notice to be issued.

                                                                                                             s/ Kathy Thobe
                                                                                                             Judicial Assistant