UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS
RELIEF ASSOCIATION,                           Civil No. 08-6324 PAM/AJB

       Plaintiff,

v.                                             **NOTICE OF STATUS CONFERENCE**

MEDTRONIC, INC, ET AL.,

       Defendant.

You are hereby given notice that a status conference in the above captioned matter will be held on March 7, 2012, at 9:00 a.m., in Chambers 9E, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, before the undersigned Magistrate Judge.

The following people shall appear at said status conference:

| | |
|---|---|
| On Behalf of Plaintiff: | Karl L. Cambronne |
| | Max Berger |
| | Salvatore J. Graziano |
| | Ramzi Abadou |
| On Behalf of Defendant: | Peter W. Carter |
| | Cameron Findlay |
| | Emily Nicklin |
| | Patrick S. Williams |

Dated:  March 2, 2012

                                               *s/ Arthur J. Boylan*
                                               ARTHUR J. BOYLAN
                                               United States Chief Magistrate Judge