# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS'
RELIEF ASSOCIATION,　　　　　　　　　　Court File No. 08-6324 (PAM/AJB)

　　　　　　Plaintiffs,

v.

MEDTRONIC, INC., et al.,　　　　　　　　**ORDER**

Defendants.

　　　All discovery in the above-referenced matter is hereby stayed until further order by the Court.

Dated:  March 20, 2012

　　　　　　　　　　　　　　　　　　*s/Arthur J. Boylan*
　　　　　　　　　　　　　　　　　　Honorable Arthur J. Boylan
　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge