UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

## NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

KESSLER TOPAZ MELTZER & CHECK, LLP hereby advises the Court and all parties in this matter that, effective immediately, the firm's San Francisco office address has changed from 580 California Street, Suite 1750, San Francisco, CA 94104 to One Sansome Street, Suite 1850, San Francisco, CA 94104.

Dated: July 17, 2012         **KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Erik D. Peterson*
Ramzi Abadou
Eli R. Greenstein
Erik D. Peterson
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2012.

*/s/ Erik Peterson*
Erik Peterson

## Mailing Information for a Case 0:08-cv-06324-PAM-AJB

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Jeff A Almeida**
  jalmeida@gelaw.com,rfinnimore@gelaw.com,cnevers@gelaw.com

- **Carolyn G Anderson**
  carolyn.anderson@zimmreed.com

- **Michael D Blatchley**
  michaelb@blbglaw.com,michaelh@blbglaw.com

- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com

- **Patricia A Bloodgood**
  patricia.bloodgood@zimmreed.com,julianne.vannorman@zimmreed.com

- **Jeffrey D Bores**
  jbores@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com,cdawson@chestnutcambronne.com,bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Peter W Carter**
  carter.peter@dorsey.com,stalock.cynthia@dorsey.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Maria R Durant**
  mdurant@collorallp.com

- **Gregg M Fishbein**
  gmfishbein@locklaw.com,ssmcneill@locklaw.com,crbaehman@locklaw.com

- **Steve W Gaskins**
  sgaskins@gaskinsbennett.com,jtakata@gaskinsbennett.com

- **Salvatore J Graziano**
  sgraziano@blbglaw.com

- **Eli R Greenstein**
  egreenstein@ktmc.com,arobles@ktmc.com

- **Brian C Gudmundson**
  brian.gudmundson@zimmreed.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com,dnoss@gustafsongluek.com

- **Sean M Handler**
  ecf_filings@ktmc.com

- **Daniel C Hedlund**
  dhedlund@gustafsongluek.com

- **Lousene M Hoppe**
  lhoppe@fredlaw.com,enelson@fredlaw.com

- **James M Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,dabel@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Geoffrey C Jarvis**
  gjarvis@gelaw.com,cnevers@gelaw.com

- **Jennifer L Joost**

jjoost@ktmc.com

- **William H. Kettlewell**
  wkettlewell@collorallp.com

- **John W Lundquist**
  jlundquist@fredlaw.com,cheld@fredlaw.com,dolson@fredlaw.com,dfoster@fredlaw.com

- **Emily Nicklin**
  emily.nicklin@kirkland.com

- **Brian O O'Mara**
  bo'mara@rgrdlaw.com

- **Lance V Oliver**
  loliver@motleyrice.com

- **Erik D Peterson**
  epeterson@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Alessandra C Phillips**
  aphillips@ktmc.com

- **Joshua Z Rabinovitz**
  joshua.rabinovitz@kirkland.com

- **Brian F Rice**
  brice@ricemichels.com,hjunkert@ricemichels.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Karen Hanson Riebel**
  riebekh@locklaw.com,crbaehman@locklaw.com,bgilles@locklaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Gerald H Silk**
  jerry@blbglaw.com,larry@blbglaw.com

- **Sallie G Smylie**
  sallie.smylie@kirkland.com

- **Amy K Sterner**
  sterner.amy@dorsey.com,nelson.nancy@dorsey.com

- **Adam Wierzbowski**
  adam@blbglaw.com

- **Patrick S Williams**
  pwilliams@briggs.com,rschmidt@briggs.com,lolson@briggs.com

- **Helen E Witt**
  helen.witt@kirkland.com,holly.fisher@kirkland.com

- **Kristin K Zinsmaster**
  zinsmaster.kristin@dorsey.com,leboeuf.sherry@dorsey.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,acashwell@ktmc.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Naumon- NA         A. Amjed
Not admitted
'

Darren-NA          J Check
Not Admitted
'
```

**Jay-NA**          W. Eisenhofer
Not Admitted
,

**Marc-NA**         I Gross
Not Admitted
,

**Jennifer-NA**     Keeney
Not Admitted
,

**Robert - NA**     D Klausner
Not Admitted
,

**Gregg-NA**        S. Levin
Not Admitted
,

**Noam-NA**         N Mandel
,

**Meghan-NA**       S.B. Oliver
not admitted
,

**Fei-Lu-NA**       Qian
Not Admitted
,

**Ann- NA**         K Ritter
Not admitted
,

**Joshua-NA**       B. Silverman
Not Admitted
,

**Leigh-NA**        R. Smollar
Not Admitted
,