UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 08-cv-6324 (PAM/AJB)<br><br>**JOINT MOTION PURSUANT TO RULE 23(e) OF THE FED. R. CIV. P. FOR PRELIMINARY APPROVAL OF A CLASS SETTLEMENT** |

The parties in this action hereby move the Court for an Order preliminarily approving the settlement of this matter and directing that notice be given and that a final hearing be scheduled to determine the fairness and adequacy of the proposed settlement.

In support of the Motion, the parties have filed the Stipulation of Settlement, proposed Notices, Proposed Orders and related documents.

The parties request that the Court, upon consideration of the proposed settlement, preliminarily approve settlement and direct that Notice be given and establish a hearing at which the Court will determine whether or not to finally approve the settlement pursuant to Fed. R. Civ. P. 23(e).

Dated:  July 20, 2012        **CHESTNUT CAMBRONNE PA**

By /s/  Karl L. Cambronne
    Karl L. Cambronne
    Jeffrey D. Bores
    Bryan E. Bleichner
    17 Washington Avenue North
    Suite 300
    Minneapolis, MN 55401-2048
    (612) 339-7300
    Facsimile (612)336-2940

**BERNSTEIN LITOWITZ BERGER &**
  **GROSSMANN LLP**
    Max Berger
    Salvatore J. Graziano
    Adam Wierzbowski
    Michael D. Blatchley
    1285 Avenue of the Americas
    New York, New York 10019
    Telephone:  (212) 554-1400
    Facsimile:  (212) 554-1444

**GRANT & EISENHOFER P.A.**
Geoffrey C. Jarvis
Jeff A. Almeida
1201 North Market Street, 21st Floor
Wilmington, DE 19801
Telephone:  (302) 622-7000
Facsimile: (302) 622-7122

**MOTLEY RICE LLC**
Joseph F. Rice
James M. Hughes
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Lead Counsel for Lead Plaintiff*
 *and the Class*

Dated:  July 20, 2012  **DORSEY & WHITNEY**

By /s/  Peter W. Carter
    Peter W. Carter
    Suite 1500, 50 South Sixth Street
    Minneapolis, MN  55402-1498
    Telephone:  (612) 340-2600
    Facsimile:  (612) 340-2868

**KIRKLAND & ELLIS LLP**
    Emily Nicklin
    655 Fifteenth Street, N.W.
    300 North LaSalle
    Chicago, IL 60654
    Telephone:  (312) 862-2000
    Facsimile:  (312) 862-2200

*Counsel for Defendants*