## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>                              Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

### NOTICE OF WITHDRAWAL OF ATTORNEY

TO THE COURT, ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.7, Alessandra C. Phillips hereby withdraws her appearance in the above-captioned matter.  Ms. Phillips will no longer be involved in the above-captioned matter.  Kessler Topaz Meltzer & Check, LLP will continue to serve as counsel of record for Lead Plaintiffs.

Dated:  August 3, 2012

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Erik D. Peterson*
Ramzi Abadou
Eli R. Greenstein
Jennifer L. Joost
Erik D. Peterson
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*-and-*

Andrew L. Zivitz
280 King of Prussia Road

Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 3, 2012.

*/s/ Erik Peterson*
Erik Peterson

# Mailing Information for a Case 0:08-cv-06324-PAM-AJB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  rabadou@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Jeff A Almeida**
  jalmeida@gelaw.com,rfinnimore@gelaw.com,cnevers@gelaw.com

- **Carolyn G Anderson**
  carolyn.anderson@zimmreed.com

- **Michael D Blatchley**
  michaelb@blbglaw.com,michaelh@blbglaw.com

- **Bryan L Bleichner**
  bbleichner@chestnutcambronne.com

- **Patricia A Bloodgood**
  patricia.bloodgood@zimmreed.com,julianne.vannorman@zimmreed.com

- **Jeffrey D Bores**
  jbores@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Karl L Cambronne**
  kcambronne@chestnutcambronne.com,cdawson@chestnutcambronne.com,bbleichner@chestnutcambronne.com,dproulx@ch

- **Peter W Carter**
  carter.peter@dorsey.com,stalock.cynthia@dorsey.com

- **Patrick V Dahlstrom**
  pdahlstrom@pomlaw.com

- **Maria R Durant**
  mdurant@collorallp.com

- **Gregg M Fishbein**
  gmfishbein@locklaw.com,ssmcneill@locklaw.com,crbaehman@locklaw.com

- **Steve W Gaskins**
  sgaskins@gaskinsbennett.com,jtakata@gaskinsbennett.com

- **Salvatore J Graziano**
  sgraziano@blbglaw.com

- **Eli R Greenstein**
  egreenstein@ktmc.com,arobles@ktmc.com

- **Brian C Gudmundson**
  brian.gudmundson@zimmreed.com

- **Daniel E Gustafson**
  dgustafson@gustafsongluek.com,dnoss@gustafsongluek.com

- **Sean M Handler**
  ecf_filings@ktmc.com

- **Daniel C Hedlund**

dhedlund@gustafsongluek.com

- **Lousene M Hoppe**
  lhoppe@fredlaw.com,enelson@fredlaw.com

- **James M Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,dabel@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Geoffrey C Jarvis**
  gjarvis@gelaw.com,cnevers@gelaw.com

- **Jennifer L Joost**
  jjoost@ktmc.com

- **William H. Kettlewell**
  wkettlewell@collorallp.com

- **John W Lundquist**
  jlundquist@fredlaw.com,cheld@fredlaw.com,dolson@fredlaw.com,dfoster@fredlaw.com

- **Emily Nicklin**
  emily.nicklin@kirkland.com

- **Brian O O'Mara**
  bo'mara@rgrdlaw.com

- **Lance V Oliver**
  loliver@motleyrice.com

- **Erik D Peterson**
  epeterson@ktmc.com,knguyen@ktmc.com,arobles@ktmc.com

- **Joshua Z Rabinovitz**
  joshua rabinovitz@kirkland.com

- **Brian F Rice**
  brice@ricemichels.com,hjunkert@ricemichels.com

- **Joseph F Rice**
  jrice@motleyrice.com

- **Karen Hanson Riebel**
  riebekh@locklaw.com,crbaehman@locklaw.com,bgilles@locklaw.com

- **Darren J Robbins**
  e_file_sd@rgrdlaw.com

- **Gerald H Silk**
  jerry@blbglaw.com,larry@blbglaw.com

- **Sallie G Smylie**
  sallie.smylie@kirkland.com

- **Amy K Sterner**
  sterner.amy@dorsey.com,nelson.nancy@dorsey.com

- **Adam Wierzbowski**
  adam@blbglaw.com

- **Patrick S Williams**
  pwilliams@briggs.com,lolson@briggs.com

- **Helen E Witt**

helen.witt@kirkland.com,holly.fisher@kirkland.com

- **Kristin K Zinsmaster**
  zinsmaster.kristin@dorsey.com,leboeuf.sherry@dorsey.com

- **Andrew L Zivitz**
  azivitz@ktmc.com,acashwell@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Naumon- NA          A. Amjed
Not admitted
,

Darren-NA           J Check
Not Admitted
,

Jay-NA              W. Eisenhofer
Not Admitted
,

Marc-NA             I Gross
Not Admitted
,

Jennifer-NA         Keeney
Not Admitted
,

Robert - NA         D Klausner
Not Admitted
,

Gregg-NA            S. Levin
Not Admitted
,

Noam-NA             N Mandel
,

Meghan-NA           S.B. Oliver
not admitted
,

Alessandra          C Phillips
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Rd
PRO HAC - deactivated
Radnor, PA 19087

Fei-Lu-NA           Qian
Not Admitted
,

Ann- NA             K Ritter
Not admitted
,

Joshua-NA           B. Silverman
Not Admitted
,

Leigh-NA            R. Smollar
Not Admitted
,
```