UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlements and Plan of Allocation of Settlement Proceeds complies with the word limits of Local Rule 7.1(f) and the type-size limit of Local Rule 7.1(h)(1).  This memorandum contains a total of 7,973 words, based upon the Word Count function of Microsoft Word 2010, which was applied specifically to include all text, including headings, footnotes, and quotations.  All text, including footnotes, within the memorandum is typeset in 13-point Times New Roman, a proportional font.

Dated:  October 4, 2012        **CHESTNUT & CAMBRONNE**
/s/ Karl L. Cambronne
Karl L. Cambronne (No. 14321)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone: (612) 339-7300
Facsimile:  (612) 336-2940