**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>          Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

**LEAD COUNSEL'S NOTICE OF HEARING ON MOTION FOR AN**
**AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that on November 8, 2012 at 9:45 a.m. before the

Honorable Paul A. Magnuson at the Warren E. Burger Federal Building and United

States Courthouse, 316 North Robert Street, St. Paul, MN, Lead Counsel will bring a

Motion For An Award of Attorneys' Fees and Reimbursement of Expenses.

Dated:  October 5, 2012          Respectfully submitted,

**CHESTNUT & CAMBRONNE**
/s/ Karl L. Cambronne
Karl L. Cambronne (No. 14321)
Jeffrey D. Bores (No. 227699)
Bryan L. Bleichner (No. 0326689)
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Telephone: (612) 339-7300
Facsimile:  (612) 336-2940

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Salvatore J. Graziano
Adam Wierzbowski
Michael Blatchley
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
Ramzi Abadou
Eli Greenstein
Jennifer L. Joost
Erik D. Peterson
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

**GRANT & EISENHOFER, P.A.**
Geoffrey C. Jarvis
Jeffrey A. Almeida
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7122

**MOTLEY RICE LLC**
Joseph F. Rice
James M. Hughes
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9450

*Lead Counsel for Lead Plaintiffs and the Class*

#678548

2