**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC., *et al.*,<br><br>Defendants. | Civil No. 0:08-cv-06324-PAM-AJB |

**EXHIBITS TO MEMORANDUM OF LAW
IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Attached hereto are true and correct copies of the following Exhibits to the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses:

| Exhibit 1 | *In re MoneyGram Int'l, Inc. Sec. Litig.*, Civ. No. 08-883 (DSD/JJG), slip op. (D. Minn. June 18, 2010), ECF No. 184 |
|---|---|
| Exhibit 2 | *In re Pemstar, Inc. Sec. Litig.*, No. 02-1821 (DWF/SRN), slip op. (D. Minn. May 27, 2005), ECF No. 149 |
| Exhibit 3 | *KK Motors v. Brunswick Corp.*, No. 98-2307, slip op. (D. Minn. Mar. 6, 2000), ECF No. 67 |
| Exhibit 4 | *Cornwell v. Credit Suisse Group*, No. 08-cv-03758 (VM), slip op. at 2 (S.D.N.Y. July 18, 2011) |
| Exhibit 5 | *In re Am. Express Fin. Advisors Sec. Litig.*, No. 04 Civ. 1773 (DAB), slip op. (S.D.N.Y. July 18, 2007) |

Dated:  October 5, 2012                     Respectfully submitted,

                **CHESTNUT & CAMBRONNE**
                /s/ Karl L. Cambronne
                Karl L. Cambronne (No. 14321)
                Jeffrey D. Bores (No. 227699)
                Bryan L. Bleichner (No. 0326689)
                17 Washington Avenue North, Suite 300
                Minneapolis, MN 55401-2048
                Telephone: (612) 339-7300
                Facsimile:  (612) 336-2940

                **BERNSTEIN LITOWITZ BERGER**
                 **& GROSSMANN LLP**
                Salvatore J. Graziano
                Adam Wierzbowski
                Michael Blatchley
                1285 Avenue of the Americas
                New York, NY 10019
                Telephone: (212) 554-1400
                Facsimile:  (212) 554-1444

                **KESSLER TOPAZ**
                 **MELTZER & CHECK, LLP**
                Ramzi Abadou
                Eli Greenstein
                Jennifer L. Joost
                Erik D. Peterson
                One Sansome Street, Suite 1850
                San Francisco, CA 94104
                Telephone: (415) 400-3000
                Facsimile: (415) 400-3001

                **GRANT & EISENHOFER, P.A.**
                Geoffrey C. Jarvis
                Jeffrey A. Almeida
                123 Justison Street
                Wilmington, DE 19801
                Telephone: (302) 622-7000
                Facsimile: (302) 622-7122

3

        **MOTLEY RICE LLC**
        Joseph F. Rice
        James M. Hughes
        28 Bridgeside Blvd.
        Mount Pleasant, SC 29464
        Telephone: (843) 216-9000
        Facsimile: (843) 216-9450

        *Lead Counsel for Lead Plaintiffs and the Class*

#678550