## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MINNEAPOLIS FIREFIGHTERS'
RELIEF ASSOCIATION,

Plaintiffs,

v.

Civil No. 08-6324 (PAM/AJB)

MEDTRONIC, INC., *et al.*,

Defendants.

## AFFIDAVIT OF ERIC S. SCHACHTER REGARDING
## (A) MAILING OF THE NOTICE AND PROOF OF CLAIM AND
## (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED

| | |
|---|---|
| STATE OF MINNESOTA | ) |
| | ) ss.: |
| COUNTY OF RICE | ) |

ERIC S. SCHACHTER, being first duly sworn, deposes and says:

1.     I am a Senior Project Administrator at Rust Consulting, Inc. ("Rust"), the Claims Administrator retained by Lead Counsel and approved by the Court in the above-titled action.

2.     Rust previously executed an affidavit that was subsequently filed with the Court ("Mailing Affidavit"), testifying to, among other things, the mailing of the Notice of Pendency of Class Action and Proposed Settlement, Settlement Fairness Hearing, and Motion for Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and Proof of Claim and Release form ("Proof of Claim") (together, the "Notice Packet")

and requests for exclusion from the Class received at that point in time.  I respectfully submit this supplemental affidavit in order to provide the Court with updated information regarding the mailing of Notice Packets and the requests for exclusion from the Class received to date.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## MAILING OF THE NOTICE AND PROOF OF CLAIM

3.       Since the execution of the Mailing Affidavit, Rust has continued to receive requests from potential Class Members, brokers and other nominees for copies of the Notice Packet.  As a result, additional Notice Packets have been disseminated such that through October 30, 2012, Rust has disseminated a total of 546,435 Notice Packets to potential Class Members.

## REQUESTS FOR EXCLUSION

4.       The Notice informs Class Members that in order to be excluded from the Class, a letter requesting exclusion must be mailed to Rust such that it is received no later than October 18, 2012.  The Notice also explains what each request for exclusion must include.

5.       Attached hereto as Exhibit A is a list of persons and entities whose requests for exclusion were received through October 30, 2012.

## OBJECTIONS

6.      The Notice informs Class Members that objections are to be filed with the
Clerk of the Court and copies received by Representative Lead Counsel and Defendants'
Counsel no later than October 18, 2012.  Although objections are not to be sent to Rust,
nevertheless, as part of its standard procedures, Rust personnel examine all mail received
to search for objections.  Through October 30, 2012, Rust has received no objections.


        I declare under penalty of perjury that the foregoing statements are true and
correct.


                                                    _____
                                                    Eric S. Schachter


Sworn to before me this
1st day of November, 2012

_____
Notary Public

MICHELLE D. LYNCH
Notary Public-Minnesota
My Commission Expires Jan 31, 2016

# Exhibit A

## Exhibit A

### Requests for Exclusion Received

1.  Linda D. Adams IRA
    Edmonds, WA

2.  Amie Allen
    Midhurst, ON  CANADA

3.  Am-Con Industries, Inc.
    by Patrick Connelly

4.  Susan and Stephen Ashbourne
    Oakville, ON  CANADA

5.  Colin C. Barnes
    Delhi, ON  CANADA

6.  Estate of Gerhard Bartel
    by Wilf Bartel, Executor
    Calgary, AB  CANADA

7.  Ronald Baxter and
    Marilyn Baxter
    Ancaster, ON  CANADA

8.  Anne West as beneficiary of
    Estate of John J. Beaton
    Ancaster, ON  CANADA

9.  Bella Rose Arts Centre Society
    (f/k/a Halifax West Community
    Theatre Association)
    by Gary K. O'Hara
    Halifax, NS  CANADA

10. Steen Bender
    Roskilde, DENMARK

11. Sheila A. Berry
    Parksville, BC  CANADA

12. Teresa D. Brabandere
    Damme BELGIUM

13. Marlin C. Brant
    Westbrook, ME

14. Brian Rossy Holdings Ltd.
    by Brian Rossy
    Ville Mont-Royale, QC CANADA

15. Estate of Lucille Brownrigg
    by Robert Brownrigg
    Longueuil, QC  CANADA

16. Diane C. Cameron
    Bedford, NS  CANADA

17. Clarence Carline
    Dorothy Carline
    Victoria, BC  CANADA

18. David E. Carls and
    G. Carol Carls
    Edina, MN

19. Margaret M. Case
    Los Gatos, CA

20. Raymond P. Cekalla and
    Gloria J. Cekalla
    Oakdale, MN

21. Audrey Chelberg
    Walker, MN

22. Jay Y. Cherner
    Edina, MN

23. Joyce E. Cialkowski (IRA) and
    Joyce E. Cialkowski as beneficiary
    of Estate of Edward M.
    Cialkowski (IRA)
    South Holland, IL

24. Janine Conrad and
    Norbert Conrad
    Kaslo, BC  CANADA

25. Barbara Cox as beneficiary of
    Estate of Charles A. Cox
    Fort Worth, TX

26. Eleazar Diaz and
    Guadalupe Diaz
    Las Vegas, NV

27. Peter Duda
    Kabelsketal GERMANY

28. Estate of Robert W. Duer
    by Leslie Owen
    Alta Loma, CA

29. Mary Ellen Feidelman
    Winter Springs, FL

30. Andrew R. Feyes
    Northwood, OH

31. Estate of Gordon Fong
    by Mike Fong, Executor
    Vancouver, BC  CANADA

32. Sidney Fosdick and
    Emma Fosdick
    Qualicum Beach, BC  CANADA

33. Derek Griffiths and
    Mary Griffiths
    Edmonton, AB  CANADA

34. Guardian Investments Ltd.
    by H.L. Waddell, President
    West Vancouver, BC

35. David W. Hoffmann and
    Donna Kay Hoffman
    Kent, WA

36. Melody Hopponen
    Brooklyn Park, MN

37. Emma Jean Iverson
    Granite Falls, MN

38. Marc Jaspers
    Ophain-Bois-Seigneur-Isaac
    BELGIUM

39. Donald Jinnouchi
    on behalf of himself,
    Francoise Jinnouchi and
    Jinnouchi Holdings Ltd.
    Coquitlam, BC  CANADA

40. Gerald D. Just and
    Darlene D. Just
    Moorhead, MN

41. Michael Kalef
    Vancouver, BC  CANADA

42. Jane B. Kane
    Havertown, PA

43. Douglas Keary
    Port Severn, ON CANADA

44. Melisa Anne Kennedy
    Mississauga, ON  CANADA

45. Scott Klempner
    Chandler, AZ

46. Kolbuc Investments Ltd.
    by Cheryl Kolbuc
    Edmonton, AB  CANADA

47. Pauline Kundis
    Winter Park, FL

48. Middie Lam
    Siu Sai Wan, HONG KONG

49. Liliane Le Blanc
    Montreal, QC  CANADA

50. Maurice and Eileen le Gallais
    Vancouver, BC  CANADA

51. Esther Li and Tai-Ping Li
    Scarborough, ON  CANADA

52. Nancy C. Lloyd
    Moraga, CA

53. Jo Logan
    CANADA

54. Logistique Canamex Inc.,
    Canaroute Inc. and
    Gestion SJG Inc.
    by Richard Allaire
    Boisbriand, QC  CANADA

55. Alexander R. MacKenzie
    Quincy, MA

56. Margaret MacLean and
    Fraser MacLean
    Victoria, BC  CANADA

57. Bonney Major and
    Thomas Major
    Victoria, BC  CANADA

58. Edgar D. Marburger
    Mishawaka, IN

59. Jyunji Mashio
    Tokyo, Japan

60. Kathryn Mauro
    Burnaby, BC  CANADA

61. Marguerite McDevitt
    Mohave Valley, AZ

62. José Manuel Mendoza Morales
    Tijuana, B.C.  MEXICO

63. Lisa A. (Buckler) Meyer
    Collierville, TN

64. Midas Makers Investment Club
    by Roslyn Regudon, Co-Treas.
    Lynnwood, WA

65. Giovanni Moretti
    Vienna AUSTRIA

66. Lynne E. Munro
    London, ON  CANADA

67. Mary M. Nash and John C. Nash
    Ottawa, ON  CANADA

68. Myrna Jean Noujaim
    Edmonton, AB  CANADA

69. Orth Trust UA 01/18/2000
    by Elaine M. Orth and
    Francis J. Orth, Trustees
    Newton, WI

70. Dan Ose
    South St. Paul, MN

71. Kent A. Page
Mississauga, ON  CANADA

72. Patricia Page
Mississauga, ON  CANADA

73. Richard E. Papke and
Mary Ann M. Papke
Blaine, MN

74. Margaret Peel and Ronald Peel
Surrey, BC  CANADA

75. Dana M. Perkins
Golden Valley, MN

76. David H. Pihl
Kelowna, BC  CANADA

77. Robert Northey Plank
and Inge Plank
Kelowna, BC  CANADA

78. Sandra Rayson Poon
Regina, SK  CANADA

79. Roy E. Pope
Stacy, MN

80. Virginia H. Rahja
Tulsa, OK

81. Tony Rashed
Kirkland, QC  CANADA

82. Margaret Ronvel
Saskatoon, SK  CANADA

83. Elizabeth P. Rowcliffe
Hensall, ON  CANADA

84. Gilles Roy
Quebec, QC  CANADA

85. Harold G. Rueth Jr. Living Trust
U/A DTD Dec. 17, 1992
by Harold G. Rueth, Jr., Trustee
Griffith, IN

86. Colin Albert Harry Russ and
Zsuzsanna Russ
Folkestone, Kent
UNITED KINGDOM

87. Ronald R. Schlemer
Denton, MD

88. Margaret A. Schlichting and
James J. Schlichting
Cushing, MN

89. Kenneth A. Schopen
Phoenix, AZ

90. Johanna L. Spencer
North Babylon, NY

91. Deanna Stauffer
Lantzville, BC  CANADA

92. Robert F. Stauffer
Lantzville, BC  CANADA

93. P. Susan Steele
Mill Valley, CA

94. Bob Stephenson
Brooklin, ON  CANADA

95. Patricia A. Supplitt
Naples, FL

96. Nancy Tallon
    London, ON  CANADA

97. Ronald G. Trewin
    Moncton, NB  CANADA

98. Tymac Launch IPP in trust for
    James and Catherine Phillipson
    North Vancouver, BC  CANADA

99. Joseph Tymkow
    by Brenda Rue
    Lethbridge, AB  CANADA

100. Jon Van Benthem
     Heather Van Benthem
     Denver, CO

101. Jean Philippe Verniere
     Riom, FRANCE

102. Sandra F. Viktora
     Pharr, TX

103. Whitney Benefits
     by Tom Kinnison, President
     Sheridan, WY

#683290