**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*, | ) ) ) ) ) ) ) ) ) ) | No. 0:08-cv-06324-PAM-AJB |
| Plaintiffs, | | |
| v. | | |
| MEDTRONIC, INC., *et al.*, | | |
| Defendants. | | |

**IRONWORKERS GROUP'S RULE 60(a) MOTION FOR**
**CORRECTION OF DOCKET ENTRY NOS. 54 & 57**

Movants, Ironworkers Locals 40, 361 & 417 – Union Security Funds ("IW 40, 361 & 417"); Iron Workers Local 580 – Joint Funds ("IW 580"); and Iron Workers Local 40 ("IW 40") (collectively the "Ironworkers Group") hereby move this Court, pursuant to Fed. R. Civ. P. 60(a), for an order:

1. Amending the record in this action to reflect that neither the Ironworkers Group nor its undersigned counsel: (1) signed a stipulation supporting the formation of a combined group of institutions or unrelated entities to serve as lead plaintiff; or (2) supported such a stipulation or the formation of any such group at oral argument; and

2. Granting such other and further relief as the Court may deem just and proper.

This Motion is based on the supporting memorandum of law, the authorities cited in support thereof, the pleadings and other files and records in the above-captioned action and such other written or oral arguments as may be presented to the Court.

Dated: November 6, 2012                Respectfully submitted,

**ZIMMERMAN REED, PLLP**

By: */s Carolyn G. Anderson*
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
Patricia A. Bloodgood, No. 157673
80 South Eighth Street
1100 IDS Center
Minneapolis, MN 55402
Telephone:   (612) 341-0400
Facsimile:    (612) 341-0844
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
Patricia.Bloodgood@zimmreed.com

Patrick V. Dahlstrom (*pro hac vice*)
Louis C. Ludwig
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:   (312) 377-1181
Facsimile:    (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue, 20th Floor
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
migross@pomlaw.com
jalieberman@pomlaw.com