UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br>Plaintiffs,<br>v.<br>MEDTRONIC, INC., *et al.*,<br>Defendants. | No. 0:08-cv-06324-PAM-AJB |

**LR 7.1(a) MEET-AND-CONFER STATEMENT**

1. The undersigned, Louis C. Ludwig, certifies that on October 30, 2012 and November 6, 2012, he, on behalf of Pomerantz Grossman Hufford Dahlstrom & Gross LLP, as counsel for Movants, Ironworkers Locals 40, 361 & 417 – Union Security Funds ("IW 40, 361 & 417"); Iron Workers Local 580 – Joint Funds ("IW 580"); and Iron Workers Local 40 ("IW 40") (collectively the "Ironworkers Group"), met and conferred telephonically and via email with counsel for Defendant, Medtronic, Inc. ("Medtronic") regarding the Ironworkers Group's proposed *Rule 60(a) Motion for Correction of Docket Entry Nos. 54 & 57*.

2. Counsel for the Ironworkers Group and Medtronic have resolved that Medtronic will not oppose the Ironworkers Group's R. 60(a) motion or the full measure of relief requested therein. At the Court's discretion, this resolution may be included in the anticipated order granting The Ironworkers Group's *Rule 60(a) Motion for Correction of Docket Entry Nos. 54 & 57*.

Dated: November 6, 2012              Respectfully submitted,

                                                      **ZIMMERMAN REED, PLLP**

By: */s Carolyn G. Anderson*
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
Patricia A. Bloodgood, No. 157673
80 South Eighth Street
1100 IDS Center
Minneapolis, MN 55402
Telephone:   (612) 341-0400
Facsimile:    (612) 341-0844
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
Patricia.Bloodgood@zimmreed.com

Patrick V. Dahlstrom (*pro hac vice*)
Louis C. Ludwig
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:   (312) 377-1181
Facsimile:    (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue, 20th Floor
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
migross@pomlaw.com
jalieberman@pomlaw.com