UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*,<br>　　　　　　　Plaintiffs,<br>v.<br>MEDTRONIC, INC., *et al.*,<br>　　　　　　　Defendants. | No. 0:08-cv-06324-PAM-AJB |

**CERTIFICATE OF SERVICE OF PROPOSED ORDER
ON RULE 60(a) MOTION FOR CORRECTION OF
DOCKET ENTRY NOS. 54 & 57**

I, Carolyn G. Anderson, hereby certify that I caused a copy of Movant's Proposed Order on *The Ironworkers Group's Rule 60(a) Motion for Correction of Docket Entry Nos. 54 & 57*, which motion was filed on November 6, 2012 via the District of Minnesota ECF system, to be filed with the court via email to the following judge who is hearing the motion: Magistrate Judge Arthur J. Boylan (boylan_chambers@mnd.uscourts.gov) and I certify that I caused a copy of the proposed order to be emailed to the following:

| | |
|---|---|
| Ramzi Abadou<br>**Kessler Topaz Meltzer & Check, LLP**<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>rabadou@ktmc.com | Jeff A Almeida<br>**Grant & Eisenhofer PA**<br>123 Justison Street<br>Wilmington, DE 19801<br>jalmeida@gelaw.com |

Michael D Blatchley
**Bernstein Litowitz Berger & Grossmann LLP**
1285 Avenue of the Americas
New York, NY 10019
michaelb@blbglaw.com

Bryan L Bleichner
**Chestnut Cambronne, PA**
17 Washington Ave N Ste 300
Mpls, MN 55401-2048
bbleichner@chestnutcambronne.com

Jeffrey D Bores
**Chestnut Cambronne, PA**
17 Washington Ave N Ste 300
Mpls, MN 55401-2048
jbores@chestnutcambronne.com

Karl L Cambronne
**Chestnut Cambronne, PA**
17 Washington Ave N Ste 300
Mpls, MN 55401-2048
kcambronne@chestnutcambronne.com

Peter W Carter
**Dorsey & Whitney LLP**
50 S 6th St Ste 1500
Mpls, MN 55402-1498
carter.peter@dorsey.com

Patrick V Dahlstrom
**Pomerantz Grossman Hufford Dahlstrom & Gross LLP**
10 S LaSalle St Ste 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com

Maria R Durant
**Collora LLP**
600 Atlantic Avenue
Boston, MA 02210
mdurant@collorallp.com

Gregg M Fishbein
**Lockridge Grindal Nauen PLLP**
100 Washington Ave S Ste 2200
Mpls, MN 55401-2179
gmfishbein@locklaw.com

Steve W Gaskins
**Gaskins, Bennett, Birrell, Schupp, LLP**
333 S 7th St Ste 2900
Mpls, MN 55402
sgaskins@gaskinsbennett.com

Salvatore J Graziano
**Bernstein Litowitz Berger & Grossmann LLP**
1285 Avenue of the Americas
New York, NY 10019
sgraziano@blbglaw.com

Eli R Greenstein
**Kessler Topaz Meltzer & Check, LLP**
One Sansome Street
Suite 1850
San Francisco, CA 94104
egreenstein@ktmc.com

Daniel E Gustafson
**Gustafson Gluek PLLC**
120 South 6th Street
Suite 2600
Mpls, MN 55402
dgustafson@gustafsongluek.com

Sean M Handler
**Kessler Topaz Meltzer & Check LLP**
280 King of Prussia Road
Radnor, PA 19087
ecf_filings@ktmc.com

Daniel C Hedlund
**Gustafson Gluek PLLC**
120 South 6th Street
Suite 2600
Mpls, MN 55402
dhedlund@gustafsongluek.com

Lousene M Hoppe
**Fredrikson & Byron, PA**
200 S 6th St Ste 4000
Mpls, MN 55402-1425
lhoppe@fredlaw.com

James M Hughes
**Motley Rice LLC**
28 Bridgeside Blvd
Mt Pleasant, SC 29464
jhughes@motleyrice.com

Jennifer L. Joost
**Kessler Topaz Meltzer & Check LLP**
280 King of Prussia Road
Radnor, PA 19087
jjoost@ktmc.com

Geoffrey C Jarvis
**Grant & Eisenhofer PA**
123 Justison Street
Wilmington, DE 19801
gjarvis@gelaw.com

William H. Kettlewell
**Collora LLP**
600 Atlantic Avenue
Boston, MA 02210
wkettlewell@collorallp.com

John W Lundquist
**Fredrikson & Byron, PA**
200 S 6th St Ste 4000
Mpls, MN 55402-1425
jlundquist@fredlaw.com

Emily Nicklin
**Kirkland & Ellis, LLP**
300 N LaSalle
Chicago, IL 60654
emily.nicklin@kirkland.com

Brian O O'Mara
**Robbins Geller Rudman & Dowd LLP - SD**
655 W Broadway Ste 1900
San Diego, CA 92101
bo'mara@rgrdlaw.com

Lance V Oliver
**Motley Rice LLC**
28 Bridgeside Blvd
Mount Pleasant, SC 29464
loliver@motleyrice.com

Erik D Peterson
**Kessler Topaz Meltzer & Check, LLP**
One Sansome Street. Suite 1850
San Francisco, CA 94104
epeterson@ktmc.com

Joshua Z Rabinovitz
**Kirkland & Ellis LLP**
300 N LaSalle St
Chicago, IL 60654
joshua.rabinovitz@kirkland.com

Joseph F Rice
**Motley Rice LLC**
28 Bridgeside Blvd
Mount Pleasant, SC 29464
jrice@motleyrice.com

Darren J Robbins
**Robbins Geller Rudman & Dowd LLP - SD**
655 W Broadway Ste 1900
San Diego, CA 92101
e_file_sd@rgrdlaw.com

Sallie G Smylie
**Kirkland & Ellis, LLP**
300 N LaSalle
Chicago, IL 60654
sallie.smylie@kirkland.com

Adam Wierzbowski
**Bernstein Litowitz Berger & Grossmann LLP**
1285 Avenue of the Americas, 38th Fl
New York, NY 10019
adam@blbglaw.com

Helen E Witt
**Kirkland & Ellis, LLP**
300 N LaSalle
Chicago, IL 60654
helen.witt@kirkland.com

Brian F Rice
**Rice, Michels & Walther LLP**
10 2nd St NE Ste 206
Mpls, MN 55413
brice@ricemichels.com

Karen Hanson Riebel
**Lockridge Grindal Nauen PLLP**
100 Washington Ave S Ste 2200
Mpls, MN 55401-2179
riebekh@locklaw.com

Gerald H Silk
**Bernstein Litowitz Berger & Grossmann LLP**
1285 Ave of the Americas, 38th Fl
New York, NY 10019
jerry@blbglaw.com

Amy K Sterner
**Dorsey & Whitney LLP**
50 S 6th St Ste 1500
Mpls, MN 55402-1498
sterner.amy@dorsey.com

Patrick S Williams
**Briggs & Morgan, PA**
80 S 8th St Ste 2200
Mpls, MN 55402
pwilliams@briggs.com

Kristin K Zinsmaster
**Dorsey & Whitney LLP**
50 S 6th St Ste 1500
Mpls, MN 55402-1498
zinsmaster.kristin@dorsey.com

Andrew L Zivitz
**Kessler Topaz Meltzer & Check LLP**
280 King of Prussia Road
Radnor, PA 19087
azivitz@ktmc.com

Dated: November 6, 2012              Respectfully submitted,

**ZIMMERMAN REED, PLLP**

By: */s Carolyn G. Anderson*
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
Patricia A. Bloodgood, No. 157673
80 South Eighth Street
1100 IDS Center
Minneapolis, MN 55402
Telephone:   (612) 341-0400
Facsimile:    (612) 341-0844
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
Patricia.Bloodgood@zimmreed.com

Patrick V. Dahlstrom (*pro hac vice*)
Louis C. Ludwig
**POMERANTZ GROSSMAN
HUFFORD DAHLSTROM
& GROSS LLP**
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:   (312) 377-1181
Facsimile:    (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

5

Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
migross@pomlaw.com
jalieberman@pomlaw.com