

November 13, 2012

*Via CM/ECF and U.S. Mail*

The Honorable Arthur J. Boylan
U.S. Courthouse
300 South Fourth Street, Suite 9E
Minneapolis, MN 55415

**CAROLYN GLASS ANDERSON**
Admitted in Minnesota
Carolyn.Anderson@zimmreed.com

REPLY TO MINNEAPOLIS

RE:   *Minneapolis Firefighters' Relief Association, et al. v. Medtronic, Inc., et al.*
      Court File No. 08-cv-06324 (PAM/AJB)

Dear Chief Magistrate Judge Boylan:

The Ironworkers Group[1] requests **withdrawal** of its Rule 60(a) Motion for Correction of Docket Entry Nos. 54 & 57 (Doc. No. 338). Pursuant to LR 7.1(a)(2), the parties will immediately file a Stipulation and Proposed Order memorializing the parties' agreement regarding the relief sought in the motion.

If you have any questions, please do not hesitate to contact me.

Respectfully,

ZIMMERMAN REED, P.L.L.P.

Carolyn G. Anderson

CGA:kmc

cc:   All Counsel of Record

---

[1] The "Ironworkers Group" collectively includes Ironworkers Locals 40, 361 & 417 – Union Security Funds ("IW 40, 361 & 417"); Iron Workers Local 580 – Joint Funds ("IW 580"); and Iron Workers Local 40 ("IW 40").