UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*, <br> Plaintiffs, <br> v. <br> MEDTRONIC, INC., *et al.*, <br> Defendants. | No. 0:08-cv-06324-PAM/AJB <br><br> **JOINT STIPULATION CORRECTING DOCKET ENTRY NOS. 54 & 57** |

Ironworkers Locals 40, 361 & 417 – Union Security Funds ("IW 40, 361 & 417"); Iron Workers Local 580 – Joint Funds ("IW 580"); and Iron Workers Local 40 ("IW 40") (collectively the "Ironworkers Group" or "Movants") and Defendants Medtronic, Inc., Arthur D. Collins, Jr., William A. Hawkins and Gary Ellis by their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 6, 2012, the Ironworkers Group filed a Rule 60(A) Motion for Correction of Docket Entry Nos. 54 & 57 (Doc. No. 338);

WHEREAS, on November 13, 2012, the parties came to an agreement regarding corrections to Docket Entry Nos. 54 & 57;

WHEREAS the Ironworkers Group subsequently filed a letter with the Court withdrawing their Rule 60(A) Motion for Correction of Docket Entry Nos. 54 & 57 (Doc. No. 338),

NOW THEREFORE, IT IS HEREBY STIPULATED that:

1) The Findings and Report and Recommendation on Motions for Appointment of Lead Plaintiff and Lead Counsel dated April 24, 2009 (Docket Entry No. 54)

(the "Findings and Report") shall be amended to read on page 1: "Prior to the hearing date a stipulation was filed in which all of the moving parties, with the exception of the City of Los Angeles Fire and Police Pension Commissioners ("City of Los Angeles") and the Iron Workers, consented . . . . ."

2) The first Recommendation on page 5 of the Findings and Report shall be amended to read: "The Motion by the Iron Workers for Appointment as Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel should be **denied as moot** [Docket No. 16]. Pursuant to representations at hearing, the Iron Workers did not oppose appointing the lead plaintiff and lead counsel structure because Oklahoma Teachers had the largest individual losses of all the movants."

3) The May 26, 2009 Order (Docket Entry No. 57) shall be amended to read that the "Motion of the Ironworkers [for Appointment as Lead Plaintiff] (Docket No. 16) is **DENIED.**"

Dated: November 13, 2012        **ZIMMERMAN REED, PLLP**

By: /s Carolyn Anderson
Carolyn G. Anderson, No. 275712
Brian C. Gudmundson, No. 336695
Patricia A. Bloodgood, No. 157673
80 South Eighth Street
1100 IDS Center
Minneapolis, MN 55402
Telephone:   (612) 341-0400
Facsimile:   (612) 341-0844
Carolyn.Anderson@zimmreed.com
Brian.Gudmundson@zimmreed.com
Patricia.Bloodgood@zimmreed.com

Patrick V. Dahlstrom (*pro hac vice*)
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone:   (312) 377-1181
Facsimile:   (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

Marc I. Gross
Jeremy A. Lieberman
**POMERANTZ GROSSMAN HUFFORD DAHLSTROM & GROSS LLP**
600 Third Avenue, 20th Floor
New York, New York 10017
Telephone:   (212) 661-1100
Facsimile:   (212) 661-8665
migross@pomlaw.com
jalieberman@pomlaw.com

*Counsel for Ironworkers Group*

**DORSEY & WHITNEY LLP**

By: /s/ K Zinsmaster
Peter W. Carter, No. 0227985
Amy K. Sterner, No. 0392048
Kristin K. Zinsmaster, No. 0391299
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-8800
carter.peter@dorsey.com
sterner.amy@dorsey.com
zinsmater.kristin@dorsey.com

*Counsel for Defendants Medtronic, Inc., Arthur D. Collins, Jr., William A. Hawkins and Gary Ellis*