## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, *et al.*, | ) ) ) | No. 0:08-cv-06324-PAM/AJB |
| Plaintiffs, | ) | **ORDER GRANTING JOINT** |
| v. | ) | **STIPULATION CORRECTING** |
| | ) | **DOCKET ENTRY NOS. 54 & 57** |
| MEDTRONIC, INC., *et al.*, | ) | |
| Defendants. | ) ) | |

Pursuant to the Joint Stipulation Correcting Docket Entry Nos. 54 & 57 entered into by the parties on November 13, 2012 (Docket Entry No. 349),

IT IS HEREBY ORDERED THAT:

1. The Findings and Report and Recommendation on Motions for Appointment of Lead Plaintiff and Lead Counsel dated April 24, 2009 (Docket Entry No. 54) (the "Findings and Report") is amended to read on page 1: "Prior to the hearing date a stipulation was filed in which all of the moving parties, with the exception of the City of Los Angeles Fire and Police Pension Commissioners ("City of Los Angeles") and the Iron Workers, consented . . . . ."

2. The first Recommendation on page 5 of the Findings and Report is amended to read: "The Motion by the Iron Workers for Appointment as Lead Plaintiff and Approval of Lead Counsel and Liaison Counsel should be **denied as moot** [Docket No. 16].  Pursuant to representations at hearing, the Iron Workers did not oppose appointing the lead plaintiff and lead counsel structure because Oklahoma Teachers had the largest individual losses of all the movants."

3. The May 26, 2009 Order (Docket Entry No. 57) is amended to read that the "Motion of the Ironworkers [for Appointment as Lead Plaintiff] (Docket No. 16) is **DENIED.**"

IT IS on this 14th day of November, 2012

ORDERED that the parties' Joint Stipulation Correcting Docket Entry Nos. 54 & 57, is **GRANTED**.

ENTER:

__s/ Arthur J. Boylan_____
Hon. Arthur J. Boylan
United States Chief Magistrate Judge